UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard Holt,

          Plaintiff,

-against-

Megan McAfferty and Mr. Cooper Group Inc. f/k/a WHIM Corp.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

1:19-cv-09941 (AJN) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    In accordance with the Court's January 16, 2020 Order, Plaintiff was to file a Declaration in response to the Court's December 5, 2019 Order to Show Cause no later than March 2, 2020. (Order, ECF No. 8.) As of the date of this Order, the Court has not received any submission from Plaintiff. Plaintiff shall file his Declaration no later than April 30, 2020. The failure to do so will result in a recommendation to the District Judge that this action be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
             March 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge