**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RICHARD HOLT,

                Plaintiff,                              19 **CIVIL** 9941 (AJN)

      -against-                                   **JUDGMENT**

MEGAN McAFFERTY, *Chief Court Clerk for*
*the Superior Court, Stamford Connecticut*; MR.
COOPER GROUP INC., *formerly known as*
WHIM Corp.,
                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Bar Order Under 28 U.S.C. § 1651, dated July 2, 2020, for the reason discussed in the December 5, 2019 order, the Court bars Plaintiff from filing future civil actions in this court about the loan on the Connecticut property and any related foreclosure proceedings without first obtaining from the court leave to file, regardless of whether he pays the filing fee or seeks IFP status; See 28 U.S.C. § 1651; Plaintiff must attach a copy of his proposed complaint and a copy of the order to any motion seeking leave to file; the motion must be filed with the Pro Se Intake Unit of this Court; If Plaintiff violates the order and files an action without filing a motion for leave to file, the Court will dismiss the action for failure to comply with the order; Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties; accordingly, this action is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status us denied for the purpose of an appeal.

**Dated:**  New York, New York
        July 2, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**
                                    **BY:**
                                            _____
                                            **Deputy Clerk**